United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 8, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 02-60865
Summary Calendar

HUDA IBRAHIM,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A76 908 439
--------------------

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Huda Ibrahim petitions for review of the Board
of Immigration Appeals's (the Board's) decision affirming an
immigration judge's (IJ's) decision to deny her application
for asylum, for withholding of deportation, and, alternatively,
for voluntary departure.  The Board summarily affirmed the IJ's
decision pursuant to 8 C.F.R. § 3.1(a)(7).  See Soadjede
v. Ashcroft, 324 F.3d 830 (5th Cir. 2003).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Ibrahim's petition for review of the denial of asylum is denied because the IJ's finding that Ibrahim was not a credible witness is supported by substantial evidence. See Chun v. I.N.S., 40 F.3d 76, 78-79 (5th Cir. 1994).

Ibrahim has waived any challenge to the Board's denial of her applications for withholding of removal and voluntary departure, by failing to brief them. See Calderon-Ontiveros v. I.N.S., 809 F.2d 1050, 1052 (5th Cir. 1986).

The petition for review is DENIED.